UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 2:13 CR 48 |
| | ) | |
| JOSEPH JAMAL SMITH, | ) | |

## O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge (DE # 60), to which the parties have no objection (*id.* at 4), the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant Joseph Smith is **ADJUDGED** to have committed each of the violations of his supervised release as described on Page 2 of the Summary Report of Violations. (DE # 53.) Defendant's term of supervised release is **REVOKED** and he is hereby committed to the United States Bureau of Prisons to serve 12 months and one day of additional imprisonment. Upon his release from the Bureau of Prisons, defendant shall be discharged from any further term of supervision.

**SO ORDERED.**

Date: December 13, 2016

s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT